KORNELI KOLCZYNSKI, Appellant, v. FREDERICK STUART GREENE, Commissioner of the Department of Public Works of the State of New York, and JAMES J. DARCY, Division Engineer of the Department of Public Works of the State of New York, Respondents.— In an action to enjoin the defendants from maintaining a fence

in front of plaintiff's property on the north side of Sunrise highway, west of Ocean avenue, Lynbrook, Long Island, and obstructing plaintiff's claimed right of access to the highway, judgment dismissing the plaintiff's complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.